IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

<u>Luna LaToya Bey, Aladdin Moroc Bey</u>
(Enter Above the Name of the Plaintiff in this Action)

vs.

Kristin Sparks, Ashley Cleark, MVCTC
<u>Craig Rickett, Associate Director for Children Services</u>
(Enter above the name of the Defendant in this Action)
Frances J. Clark, Garden City Hospital (GME) Specialist
If there are additional Defendants, please list them:
Karen Lanos, Children Service foster, Adoption Resources
A'senah Taylor, Children Service Community Liaison
Danielle Damon, Children Service Public Information
Donald Leist, Children Service, Human Resources
Tracy Decaille, Children Services Case worker and Essa Liaison
Jeffery Johnson, Children Services Case Worker
(Chief) Richard Biehl,
(Sheriff) Robert Streck

[Claim for Civil Case]

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

<u>Luna LaToya Bey, Aladdin Moroc Bey</u>
Name - Full Name Please - PRINT

<u>C/o P.O. Box 501</u>
Street Address

<u>Dayton Territory, Ohio Republic</u> [near 45401]
City, State and Zip Code

<u>(937) 321·6270</u>
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Craig Rickett**
   Name - Full Name Please
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**
   Address: Street, City, State and Zip Code

2. **Karen Lanos**
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

3. **A'senah Taylor**
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

4. **Danielle Damon**
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

5. **Donald Leist**
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

6. **Tracy Decaille**
   **3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

7. **Jeffery Johnson - 3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]**

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title **18** United States Code, Section **241, 242, 1201, 1113,**
   [Other federal status giving the court subject matter jurisdiction.]

**\* Treaty of Peace and Friendship (1787) Morocco and U.S.A.**

**\* Amendment 9 Constitution**

**\* Articale 3 of constitution**

**\* Articale 6 of constitution**

-2-

*(additional) Defendant(s):

8. Kristin Sparks
3304 North Main Street, Dayton Territory, Ohio Republic Near [45405]

9. Frances Juanetta Clark
Garden City Hospital: Department of Medical Education
6245 Inkster Road Garden City, Michigan Near [48135-40..]

10. Ashley E. Clark aka Ashley Smith
(2) Locations: Vancrest Health Care Center
- 1600 Park Ave, Eaton Ohio Near [45833]
- 612 Oakland Drive, Eaton Ohio, Near [45320]

11. Chief: Richard Steven Biehl
335 West Third Street, Dayton Territory, Ohio Republic Near [454C..]

12. Sheriff: Robert Michael Streck
303 Arlington Road, Brookville Territory, Ohio Republic Near [45309]
- Address
* 345 West Second Street, Dayton Territory, Ohio Republic Near [45422]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 3:21-CV-00128-TMR | Bey | vs. Richard Steven Biehl (Chief) |
| 3:21-CV-00124-WHR | Bey | vs. Robert Micheal Streck (Sheriff) |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I, Luna LaToya Bey and Aladdin Moroc Bey : Moorish American Nationals are instructing the clerk of Courts to File, Stamp copy these documents and send us one back to verify filing.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July, 2021. C.C.Y.) 1441 M.C.

Autograph: Luna LaToya Bey Aladdin Moroc Bey
U.C.C. 1-308 All Rights Reserved

-4-