UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LUNA LaTOYA BEY, *et al.*,

    Plaintiffs,

vs.

KAREN LANOS, *et al.*,

    Defendants.

Case No. 3:21-cv-209

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 8); (2) DISMISSING WITHOUT PREJUDICE PLAINTIFFS' COMPLAINT (Doc. No. 1); AND TERMINATING THIS CASE ON THE DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Sharon L. Ovington (doc. no. 8), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Accordingly, the Court **ORDERS**: (1) the Report and Recommendation of the Magistrate Judge (Doc. No. 8) is **ADOPTED in its entirety**; (2) Plaintiffs' complaint (Doc. No. 1) is **DISMISSED without prejudice**; and (3) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

November 15, 2021

                                                                                  s/ Michael J. Newman
                                                                                 Hon. Michael J. Newman
                                                                                  United States District Judge