AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| LUNA LaTOYA BEY, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-209 |
| KAREN LANOS, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiffs' complaint DISMISSED without prejudice

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Peter B. Silvain, Jr. _____ on a motion for

   Decisioin and Enty

Date:   11/15/21 _____

CLERK OF COURT

_____
Signature of Clerk or Deputy